**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 4427
PHOENIX, ARIZONA 85030-4427
(602) 808-7770

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| FOUZIA SATTAR | Case No. 2:11-bk-29887-GBN |
| Debtor. | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Anthony H. Mason, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | PAYEE''S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3008 | March 23, 2016 | Fouzia Sattar<br>17239 N 19th Avenue Apt 1119<br>Phoenix, AZ 85023 | $31,326.95 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $31,326.95 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 14th day of July 2016.

/s/ Anthony H. Mason
Anthony H. Mason, Trustee