ANTHONY H. MASON
Chapter 7 Trustee
1850 N Central Avenue Suite 930
Phoenix, Arizona 85004
(602) 808-7770

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| FOUZIA SATTAR | ) | Case No. 2:11-bk-29887-GBN |
| | ) | |
| | ) | **NOTICE OF LODGING PROPOSED FORM** |
| Debtor. | ) | **OF ORDER** |
| _____ | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, that the proposed form of Order attached hereto as **Exhibit "A"** was lodged with the United States Bankruptcy Court this 15th day of July 2016.

DATED this 15th day of July 2016.

                                                    /s/ Anthony H. Mason
                                                  Anthony H. Mason, Trustee